No. 15,885.

WITT *v.* CITY OF WESTWOOD ET AL.
(189 P. [2d] 716)

Decided February 2, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. GLENN DONALDSON, Mr. ABE L. HOFFMAN, for defendants in error.